In the matter of the estate of ANTONIO CELLA, deceased.

[Decided October 17th, 1932.]

*Mr. Wilfred B. Wolcott,* for the appellant.

*Mr. Vincent S. Haneman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Ingersoll, and reported in *108 N. J. Eq. 496.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.